# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50217 | **DATE** | 11/5/2007 |
| **CASE TITLE** | Experience Based Learning, Inc. vs. Alexander | | |

**DOCKET ENTRY TEXT:**

Plaintiff filed this action premised on the Court's diversity of citizenship jurisdiction. 28 U.S.C. §1332(a)(1). Plaintiff has alleged the defendant's residence rather than his citizenship, and they are not synonyms. Meyerson v. Harrah's East Chicago Casino, 299 F. 3d 616, 617 (7th Cir. 2002). It is citizenship that matters for diversity jurisdiction purposes. Id. Plaintiff is granted leave to file amended allegations of subject matter jurisdiction by 11/26/07 or this case will be dismissed for lack of subject matter jurisdiction.

*[signature]*

Docketing to mail notices.

| | Courtroom Deputy Initials | /lc |
|---|---|---|