# United States District Court for the Northern District of Illinois

Case Number: 07C50217     Assigned/IssuedBy: _____

## FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00
☒ IFP   ☐ No Fee   ☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: _____     Receipt #: _____

Date Paid: _____     Fiscal Clerk: _____

## ISSUANCES

**Type Of Issuance:**
☒ Summons   ☐ Alias Summons
☐ Third Party Summons   ☐ Lis Pendens
☐ Non Wage Garnishment Summons
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets
☐ Writ _____
(Type of Writ)

Original and __0__ copies on __11/8/07__ as to _____
(Date)
Charlie Alexander

C:\wpwin80\docket\feeinfo.frm   01/01