# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of Illinois

Case Number: 3:07-CV-50217

Plaintiff:
**Experience Based Learning, Inc.**
vs.
Defendant:
**Charlie Alexander**

For:
Craig P. Thomas, Esq.
Reno & Zahm, LLP
2902 McFarland Road
Suite 400
Rockford, IL  61107

Received by Quality Process Servers & Investigations to be served on **Charlie Alexander, 82 Cameron Place, Edwards, CO 81632**.

I, Roy Valenzuela, being duly sworn, depose and say that on the **19th day of November, 2007** at **3:05 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Subpoena in a Civil Case and Amended Complaint** with the date and hour of service endorsed thereon by me, to: **Charlie Alexander** at the address of: **82 Cameron Place, Edwards, CO 81632**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Roy Valenzuela
Process Server

Subscribed and Sworn to before me on the 20th day of November, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

Quality Process Servers & Investigations
1043 Terrace Circle South
Boulder, CO  80304-4709
(303) 444-9700

Our Job Serial Number: 2007000339

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 11/19/2007 |

| NAME OF SERVER *(PRINT)* ROY VALENZUELA | TITLE PRIVATE PROCESS SERVER |
|---|---|

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: __82 CAMERON PLACE,__
__EDWARDS, CO 81632__

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __11/20/2007__        _____
               Date                 *Signature of Server*

QUALITY PROCESS SERVERS
1043 TERRACE CIRCLE SOUTH
BOULDER, COLORADO 80304
TEL: 303-444-9700
FAX: 303-444-6111

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.