## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50217 | **DATE** | 1/4/2008 |
| **CASE TITLE** | EXPERIENCE vs. ALEXANDER | | |

**DOCKET ENTRY TEXT:**

Status hearing held.  Plaintiff given leave to file additional appearance.  Parties to hold FRCP 26(f) conference. Case management order due January 31, 2008. Initial Pretrial conference set for February 1, 2008 at 1:30 pm.

00:05

| | Courtroom Deputy Initials: | GG |
|---|---|---|